# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

**FRANCHESKA ROLDAN RODRIGUEZ**  Case No.  14-07697-BKT

Chapter 13   Attorney Name:   ROBERTO FIGUEROA CARRASQUILLO*

**I. Appearances**

| | | |
|---|---|---|
| Debtor | [X] Present | [ ] Absent |
| Joint Debtor | [ ] Present | [ ] Absent |
| Attorney for Debtor | [X] Present | [ ] Absent |

[ ] Prose

[X] Appearing:   Roberto Figueroa Colon, Esq.

Date & Time:   10/21/2014  1:10:00PM

[X] R    [ ] NR    LV:  0.00

[X] This is debtor(s) 1 Bankruptcy filing.

Creditors:

**II. Oath Administered**

[X] Yes          [ ] No

**III. Plan**

Date:   09/18/2014      Base:   $24,960.00   Payments 0 made out of   due.

Confirmation Hearing Date:   11/21/2014  2:30:00PM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**

  $3,000.00  -  $207.00  =  $2,793.00

**IV. Status of Meeting**

[X] Closed       [ ] Not Held       [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

Continued Date:

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

**FRANCHESKA ROLDAN RODRIGUEZ**     Case No.  **14-07697-BKT**

Chapter 13      Attorney Name:  **ROBERTO FIGUEROA CARRASQUILLO***

(Cont.)

**Trustee's Report on Confirmation**

[X] FAVORABLE

[ ] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | |
| [ ] Unfair discrimination | [ ] Tax returns missing |
| | [ ] State  - years |
| [ ] Fails disposable income | |
| [ ] Fails liquidation value test | [ ] Federal  - years |
| [ ] Insuarence quote | |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] DSO Recipient's Information | [ ] Monthly reports for the months |
| | <u>    00    </u> |
| [ ] Evidence of being current with DSO | [ ] Public Liability Insurance |
| | [ ] Premises |
| [ ] Evidence of income | [ ] Vehicle(s): |
| | [ ] Licenses issued by: |

**Trustee's objection to confirmation**

[ ] Objection to Confirmation
[ ] Oral objection by creditor

**Tax returns:10-13 no taxable income for these years as debtor is a student.**

**The following party(ies) object(s) confirmation:**

<u>s/Pedro R Medina</u>     Date:     10/21/2014

**Trustee/Presiding Officer**     (Rev. 05/13)